**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHRISTINE DAWSON, Guardian and                                                                    PLAINTIFF
Next Friend of V.D., a Minor

v.                                        No. 5:10CV00213 JLH

PINE BLUFF SCHOOL DISTRICT;
PINE BLUFF SCHOOL BOARD;
FRANK ANTHONY, Individually and in
His Official Capacity as Superintendent of the
Pine Bluff School District; and
JIMMY L. FISHER, W.R. NORFUL,
TYRA TYLER-JOHNSON, DAVID BROWN,
DONNA BARNES, CHANDRA GRIFFIN,
and HERMAN HORACE, Individually and in
their Official Capacities as Members and
Directors of the Pine Bluff School Board                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order filed separately today, all of the plaintiff's claims that arise under federal law are dismissed with prejudice. Plaintiff's state-law claims are dismissed without prejudice.

IT IS SO ORDERED this 10th day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE