IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| CHRISTINE DAWSON, Guardian and Next Friend of V.D., a Minor | PLAINTIFF |
| v.     No. 5:10CV00213 JLH | |
| PINE BLUFF SCHOOL DISTRICT; PINE BLUFF SCHOOL BOARD; FRANK ANTHONY, Individually and in His Official Capacity as Superintendent of the Pine Bluff School District; and JIMMY L. FISHER, W.R. NORFUL, TYRA TYLER-JOHNSON, DAVID BROWN, DONNA BARNES, CHANDRA GRIFFIN, and HERMAN HORACE, Individually and in their Official Capacities as Members and Directors of the Pine Bluff School Board | DEFENDANTS |

## JUDGMENT

Pursuant to the Opinion and Order filed separately today, all of the plaintiff's claims that arise under federal law are dismissed with prejudice. Plaintiff's state-law claims are dismissed without prejudice.

IT IS SO ORDERED this 10th day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE